**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 MAY 23  P 2: 56

DEPUTY CLERK____NT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| SHANE MICHAEL STEIGER | |

**3-17CR-282-B**

# INDICTMENT

The Grand Jury charges:

### Count One
### Possession with Intent to Distribute a Controlled Substance
### [Violation of 21 U.S.C. § 841(a)1) and (b)(1)(C)]

On or about July 29, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Shane Michael Steiger**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

<u>Count Two</u>
Possession of a Firearm by a Felon
[Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about July 29, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Shane Michael Steiger**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is a Taurus, Model PYT24/7 G2 9 mm caliber pistol bearing serial number TDZ24293, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a)]

Upon conviction for Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Shane Michael Steiger**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 21 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Shane Michael Steiger**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense. This specifically includes a Taurus, Model PYT24/7 G2 9 mm caliber pistol bearing serial number TDZ24293.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SHANE MICHAEL STEIGER

INDICTMENT

21 U.S.C. § 841(a)1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Felon

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in court this 23rd day of May, 2017.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending